**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

TALIUE E. DAVIS,

             Plaintiff,

     v.                      Civil Action No. 11-0934 (JEB)

SOCIAL SECURITY ADMINISTRATION,

             Defendant.

_____

## MEMORANDUM OPINION

Pursuant to the schedule set forth in the Court's September 29, 2011 Order [Dkt. #6], the defendant filed a motion for judgment of affirmance [Dkt. #8] on November 21, 2011. In its December 2, 2011 Order, the Court advised the plaintiff, among other things, of his obligation to file an opposition or other response to the motion. Further, that Order expressly warned the plaintiff that, if he failed to file his opposition by December 14, 2011, the Court would treat the motion as conceded. To date, the plaintiff neither has filed an opposition nor requested additional time to do so. Accordingly, the Court will treat the defendant's motion as conceded.

An Order accompanies this Memorandum Opinion.


JAMES E. BOASBERG
United States District Judge

DATE: January 10, 2012